# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Manuel Garcia Ugalde,

                    Petitioner,

v.

Jason Knight, *et al*.,

                    Respondents.

Case No.: 2:26-cv-01246-APG-MDC

**Order Dismissing Action
Without Prejudice**

Petitioner Manuel Garcia Ugalde initiated this case on April 22, 2026, by submitting a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging the lawfulness of his federal immigration detention at Nevada Southern Detention Center. ECF No. 1-1.  On the same date, Ugalde initiated another habeas case in this Court by filing a § 2241 petition challenging his immigration detention: Case No. 2:26-cv-01243-APG-EJY.  I will therefore dismiss this action, without prejudice, as redundant.

It is therefore ordered that this case is dismissed without prejudice.  The Clerk of Court is kindly directed to enter judgment accordingly, and to close this case.

DATED: April 23, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE